**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **VICKI PIONTEK,** *individually and on behalf of all others similarly situated* | * * * | |
| **Plaintiff** | * * | |
| v. | * * | Civil No. PJM 10-1835 |
| **BRANCH BANKING & TRUST CO.** | * * | |
| **Defendant** | * | |

**FINAL ORDER OF JUDGMENT**

Upon consideration of Plaintiff's Motion for Class Certification [Paper No. 12], Defendant's Motion for Leave to File Supplemental Memorandum [Paper No. 35], and the respective Oppositions thereto, oral argument having been held thereon, and the Court having concluded, as a matter of law, that Plaintiff's bank account is not one "established primarily for personal, family, or household purposes" within the meaning of 15 U.S.C. § 1693a(2), it is, for the reasons stated on the record, this 31st day of August, 2011

    **ORDERED**

1. Plaintiff's Motion for Class Certification [Paper No. 12] is **DENIED**;

2. Defendant's Motion for Leave to File Supplemental Memorandum [Paper No. 35] is **MOOT**;

3. Final Judgment is **ENTERED** in favor of Defendant and against Plaintiff; and

4. The Clerk of the Court is directed to **CLOSE** this case.

                                                                                               /s/
                                        **PETER J. MESSITTE**
                              **UNITED STATES DISTRICT JUDGE**